# DECISIONES PER CURIAM

DE NOVIEMBRE 4, 1926, A JUNIO 25, 1927.

No. 3996.—VELÁZQUEZ, aplte., *v.* AMERICAN RAILROAD Co. OF PORTO RICO, apda.—C. D. San Juan. Daños y perjuicios. Nov. 4, 1926. Desestimado el recurso a instancia de la apelada por no haberse presentado la exposición del caso a pesar de haberse concedido una prórroga al efecto a la parte apelante.

No. 4024.—BANCO COMERCIAL DE PUERTO RICO, apdo., *v.* PIETRI ET AL., apltes.—C. D. Ponce. Cobro de dinero. Nov. 4, 1926. Desestimado el recurso a instancia del apelado por no haber hecho los apelantes gestión alguna para elevar el récord al Tribunal Supremo.

No. 2934.—PUEBLO, aplte., *v.* LABORDE, apdo. C. D. San Juan. *Habeas corpus.* Nov. 4, 1926. Desestimado el recurso a instancia del apelado por no haberse perfeccionado la apelación ni solicitado prórroga a tal fin.

No. 4042.—ARABIA DE GOYCO ET AL., apltes., *v.* ARMSTRONG, apdo.—C. D. Ponce. Nov. 4, 1926. Memorándum de costas. Desestimado el recurso porque habiéndose apelado por los demandantes el 28 de mayo último la sentencia dictada en este caso, en cuanto a su pronunciamiento sobre costas, no han presentado en este tribunal la transcripción de la apelación, ni está pendiente de aprobación en el tribunal inferior pliego alguno de la evidencia.

No. 3806.—AURORA, SOCIEDAD AGRÍCOLA, apda., *v.* BARROSO, aplte.—C. D. San Juan. Nov. 4, 1926. Desahucio. Desestimado el recurso a instancia de la parte apelada y de acuerdo con la sección 15 de la Ley de Desahucio, porque el apelante dejó de consignar en la corte inferior el importe del arrendamiento que venció el 31 de julio último. Denegada la reconsideración en febrero 21, 1927.